# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: dcarter−e | Date Created: 10/4/2010 |
| Case: 1−10−49215−ess | Form ID: pdf000 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty     Leo Fox     leofox1947@aol.com, leofoxlaw@aol.com

                                                                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Simon Taub     4819 14th Ave.     Brooklyn, NY 11219
ptcrd     Katalin Pota     P.O. Box 7442     New York, NY 10150
           Chana Taub     PO Box 667     Brooklyn, NY 11219
           David Bellon, Esq     157−51 26th Avenue     Flushing, NY 11354
           Lori Lapin Jones     Lori Lapin Jones PLLC     98 Cutter Mill Rd     Suite 201 North     Great Neck, NY 11021
           Ronald Friedman, Esq     Silverman Acampora LLP     100 Jericho Quadrangle     Suite 300     Jericho, NY 11753

                                                                 TOTAL: 6