LEO FOX, ESQ. (LF-1947)
630 THIRD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X    Chapter 7
In re:                                                       Case No. 10-49215 (ESS)

SIMON TAUB,                                                  **AFFIRMATION OF SERVICE**

        Alleged Debtor.
-------------------------------------------------------X

LEO FOX, an Attorney-at-Law, affirms the following under penalty of perjury:

On October 4, 2010, I served a copy of the enclosed **Order to Show Cause Scheduling Hearing on Dismissal of Involuntary Petition and Application with exhibits thereon** via e-mail to the persons identified below:

| | |
|---|---|
| Katalin Pota | lillianaatsopranos@yahoo.com |
| Chana Taub<br>by David Bellon, Esq., her attorney | david.bellon@gmail.com |
| Esther Newhouse<br>by Rosemarie Matera, Esq., her attorney | rmatera@kmpclaw.com |
| Ronald J. Friedman, Esq. | rfriedman@silvermanacampora.com |
| Lori Lapin Jones, Esq. | ljones@jonespllc.com |

Affirmed: New York, New York
        October 4, 2010

                                    */s/ Leo Fox*
                                       Leo Fox