LEO FOX, ESQ. (LF-1947)
630 THIRD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X  Chapter 7
In re:                                                   Case No. 10-49215 (ESS)

SIMON TAUB,                                              **AFFIRMATION OF SERVICE**

        Alleged Debtor.
------------------------------------------------------X

       LEO FOX, an Attorney-at-Law, affirms the following under penalty of perjury:

       On October 4, 2010, I served a copy of the enclosed **Order to Show Cause Scheduling Hearing on Dismissal of Involuntary Petition and Application with exhibits thereon** via e-mail to the persons identified below:

| | |
|---|---|
| Katalin Pota | lillianaatsopranos@yahoo.com |
| | KATALINPOTA@YAHOO.COM |
| | THESOPRANOSLILLIANA@YAHOO.COM |
| | SOPRANOSOPRANO@YAHOO.COM |
| | NYOPERASINGER@YAHOO.COM |
| | NYKATALIN@YAHOO.COM |
| | NYCKATALIN@YAHOO.COM |
| | KPOTA@BELLSOUTH.NET |
| | KATALIN_SOPRANOS@YAHOO.COM |
| | ALTHIELH@FRANKMAYER.COM |
| Chana Taub | david.bellon@gmail.com |
| by David Bellon, Esq., her attorney | |
| Esther Newhouse | rmatera@kmpclaw.com |
| by Rosemarie Matera, Esq., her attorney | |
| Ronald J. Friedman, Esq. | rfriedman@silvermanacampora.com |
| Lori Lapin Jones, Esq. | ljones@jonespllc.com |

In addition, the following person was served via overnight mail:

Katalin Pota                                PO Box 7442
                                            New York, NY  10150

Affirmed: New York, New York
          October 4, 2010


                                            */s/ Leo Fox*_____
                                                    Leo Fox