LEO FOX, ESQ. (LF-1947)
630 THIRD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X        Chapter 7
In re:                                                                              Case No. 10-49215 (ESS)

SIMON TAUB,                                                           **AFFIRMATION OF SERVICE**

        Alleged Debtor.
------------------------------------------------------X

      LEO FOX, an Attorney-at-Law, affirms the following under penalty of perjury:

      On October 5, 2010, I served a copy of the enclosed **Motion to Annul Any Automatic Stay Which May Exist Pursuant to § 362(d)** and **Proposed Order Scheduling Hearing** via e-mail to the persons identified below:

| | |
|---|---|
| Katalin Pota | lillianaatsopranos@yahoo.com |
| | KATALINPOTA@YAHOO.COM |
| | Katalin.pota@yahoo.com |
| | THESOPRANOSLILLIANA@YAHOO.COM |
| | SOPRANOSOPRANO@YAHOO.COM |
| | NYOPERASINGER@YAHOO.COM |
| | NYKATALIN@YAHOO.COM |
| | NYCKATALIN@YAHOO.COM |
| | KPOTA@BELLSOUTH.NET |
| | KATALIN_SOPRANOS@YAHOO.COM |
| | ALTHIELH@FRANKMAYER.COM |
| Chana Taub<br>by David Bellon, Esq., her attorney | david.bellon@gmail.com |
| Esther Newhouse<br>by Rosemarie Matera, Esq., her attorney | rmatera@kmpclaw.com |
| Ronald J. Friedman, Esq. | rfriedman@silvermanacampora.com |
| Lori Lapin Jones, Esq. | ljones@jonespllc.com |
| David Mark, Esq. | dmark@kasowitz.com |
| Alicia Leonhard, Esq. | Alicia.M.Leonhard@usdoj.gov |

   Certain email addresses were found using an internet search engine based on a good faith, reasonable effort.

Affirmed: New York, New York
   October 5, 2010

                 */s/ Leo Fox*
                    Leo Fox