UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                      Chapter 7

SIMON TAUB,                                                      Case No. 10-49215-ess

                            Alleged Debtor.
-----------------------------------------------------------------x

**ORDER SCHEDULING HEARING
<u>ON ORDER TO SHOW CAUSE APPLICATION TO ANNUL AUTOMATIC STAY</u>**

WHEREAS, Simon Taub and Chana Taub are parties to a pending matrimonial action pending in Supreme Court, Kings County (Index No. 26534-07) (the "Divorce Action"); and

WHEREAS, on September 29, 2010, an involuntary petition under Chapter 7 of the Bankruptcy Code was filed against Simon Taub, the alleged debtor; and

WHEREAS, on October 4, 2010, the Alleged Debtor filed an application for an Order to Show Cause why this case should not be dismissed; and

WHEREAS, the Court scheduled a hearing on the Order to Show Cause for October 6, 2010, at 2:00 PM, in Courtroom 3585; and

WHEREAS, on October 5, 2010, the Alleged Debtor filed an application for an Order to Show Cause (the "Annul OSC"), scheduling a hearing on a motion to annul any automatic stay which may exist pursuant to Bankruptcy Code Section 362(d) with respect to the Divorce Action.

NOW, THEREFORE, it is hereby

ORDERED, that a hearing on the application for the Annul OSC will be held on October 6, 2010, at 2:00 p.m., before the Honorable Elizabeth S. Stong, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 3585.



Dated: Brooklyn, New York
October 6, 2010

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

| | |
|---|---|
| Katalin Pota | lillianaatsopranos@yahoo.com |
| | KATALINPOTA@YAHOO.COM |
| | Katalin.pota@YAHOO.COM |
| | THESOPRANOSLILLIANA@YAHOO.COM |
| | SOPRANOSOPRANO@YAHOO.COM |
| | NYOPERASINGER@YAHOO.COM |
| | NYKATALIN@YAHOO.COM |
| | NYCKATALIN@YAHOO.COM |
| | KPOTA@BELLSOUTH.NET |
| | KATALIN_SOPRANOS@YAHOO.COM |
| | ALTHIELH@FRANKMAYER.COM |
| David Bellon | david.bellon@gmail.com |
| Rosemarie Matera | rmatera@kmpclaw.com |
| Ronald Friedman | rfriedman@silvermanacampora.com |
| Lori Lapin Jones | ljones@jonespllc.com |
| David Mark | dmark@kasowitz.com |
| Alicia Leonhard | Alicia.M.Leonhard@usdoj.gov |