UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                                         Chapter 7

SIMON TAUB,                                                                      Case No. 10-49215-ess

                Alleged Debtor.
-----------------------------------------------------------------x

**ORDER SCHEDULING CONTINUED HEARING
ON ORDER TO SHOW CAUSE APPLICATIONS
TO DISMISS INVOLUNTARY PETITION AND TO ANNUL AUTOMATIC STAY**

WHEREAS, Simon Taub and Chana Taub are parties to a pending matrimonial action pending in Supreme Court, Kings County (Index No. 26534-07) (the "Divorce Action"); and

WHEREAS, on September 29, 2010, petitioning creditor Katalin Pota filed an involuntary petition under Chapter 7 of the Bankruptcy Code against Simon Taub; and

WHEREAS, on October 4, 2010, Mr. Taub filed an application for an Order to Show Cause (the "Dismiss OSC"), why this involuntary bankruptcy case should not be dismissed; and

WHEREAS, the Court scheduled a hearing on the Dismiss OSC for October 6, 2010, at 2:00 PM, in Courtroom 3585; and

WHEREAS, on October 5, 2010, Mr. Taub filed an application for an Order to Show Cause (the "Annul OSC"), scheduling a hearing on a motion to annul any automatic stay which may exist pursuant to Bankruptcy Code Section 362(d) with respect to the Divorce Action; and

WHEREAS, on October 6, 2010, the Court held a hearing on the Dismiss OSC and on the Annul OSC, at which Mr. Taub, by counsel, Ms. Pota, *pro se*, Mrs. Taub, by counsel, Lori Lapin Jones, Chapter 11 Trustee of the estate of Chana Taub, by counsel, and the United States Trustee, by counsel, appeared and were heard.

NOW, THEREFORE, it is hereby

ORDERED, that a continued hearing on the Dismiss OSC and the Annul OSC will be held on October 7, 2010, at 2:00 p.m., before the Honorable Elizabeth S. Stong, at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 3585, 271 Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that written opposition, if any, to the relief sought in the Dismiss OSC or the Annul OSC shall be served on the parties and filed electronically with the Court so as to be received on October 7, 2010, by 9:00 a.m.



Dated: Brooklyn, New York  
October 6, 2010

_____  
Elizabeth S. Stong  
United States Bankruptcy Judge

TO:

Katalin Pota
P.O. Box 7442
New York, NY 10150          lillianaatsopranos@yahoo.com
                            KATALINPOTA@YAHOO.COM
                            Katalin.pota@YAHOO.COM
                            THESOPRANOSLILLIANA@YAHOO.COM
                            SOPRANOSOPRANO@YAHOO.COM
                            NYOPERASINGER@YAHOO.COM
                            NYKATALIN@YAHOO.COM
                            NYCKATALIN@YAHOO.COM
                            KPOTA@BELLSOUTH.NET
                            KATALIN_SOPRANOS@YAHOO.COM
                            ALTHIELH@FRANKMAYER.COM

Leo Fox
Law Offices of Leo Fox
630 Third Avenue
18th Floor
New York, NY 10017


David Bellon               david.bellon@gmail.com
157-51 26th Avenue
Flushing, NY 11354


Rosemarie Matera           rmatera@kmpclaw.com
664 Chestnut Ridge Road
Spring Valley, NY 10977


Ronald Friedman            rfriedman@silvermanacampora.com
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753