# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: nsmith | Date Created: 10/6/2010 |
| Case: 1−10−49215−ess | Form ID: pdf000 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee       USTPRegion02.BR.ECF@usdoj.gov
aty       Leo Fox       leofox1947@aol.com, leofoxlaw@aol.com

       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Simon Taub       4819 14th Ave.       Brooklyn, NY 11219
ptcrd       Katalin Pota       P.O. Box 7442       New York, NY 10150
       David Bellon       157−51 26th Avenue       Flushing, NY 11354
       Rosemarie Matera       664 Chesternut Ridge Road       Spring Valley, NY 10977
       Ronald Friedman       Silverman Acampora LLP       100 Jericho Quadrangle       Suite 300       Jericho, NY 11753

       TOTAL: 5