Leo Fox, Esq.
Law Offices of Leo Fox
630 Third Avenue, 18th Floor
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

      SIMON TAUB                                  Chapter 7
                                                     Case No: 10-49215 (ESS)

                Alleged Debtor.
---------------------------------------------------------X

## ORDER TO SHOW CAUSE SCHEDULING HEARING
## ON DISMISSAL OF INVOLUNTARY PETITION

Upon the annexed Affidavit of the above-captioned alleged Debtor and the Memorandum of Law in Support of the Motion to Dismiss Involuntary Petition (the "Application"), and sufficient cause appearing therefor, it is

**ORDERED** that the Petitioner of the above-captioned involuntary petition show cause before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge on ~~the ___ day of October, 2010 at ____ o'clock in the _____ of that day~~ *__October 6, 2010, at 2:00 p.m.__*, or as soon thereafter as may be heard, in ~~H~~ *__h__*er Courtroom, in the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, 11201 as to why an Order should not be issued pursuant to § 303 of the Bankruptcy Code dismissing the involuntary petition, and assessing sanctions against the Petitioner, including but not limited to, sanctions under § 303(i) of the Bankruptcy Code, and it is further

**ORDERED** that objections, if any, to the Debtor's Application shall be in writing, filed with the Clerk of the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 with a courtesy copy delivered to Chambers, and served upon Leo Fox, Esq., attorney for the alleged Debtor, at 630 Third Avenue, 18th Floor, New York, New York 10017, *the United States Trustee, at 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201, Lori Lapin Jones, at 98 Cutter Mill Road, Suite 201 North, Great Neck, New York 11021, and any other party who has filed an appearance in this matter,* so that such objections are received no later than ~~_____ o'clock on October ___, 2010~~ *October 5, 2010, at 4:00 p.m.*, and it is further

**ORDERED** that service by fax, or email ~~or overnight delivery~~ of this Order and Application with exhibits thereon upon Katalin Pota, the Petitioner in this Involuntary Petition, Chana Taub by her attorney David A. Bellon, Esq., and Esther Newhouse *to be received by* ~~on or before~~ October *4*, 2010*, at 4:00 p.m.* shall be deemed good and sufficient notice of the within hearing(s).



Dated: Brooklyn, New York  
October 4, 2010

_____  
**Elizabeth S. Stong**  
**United States Bankruptcy Judge**

TO:

Katalin Pota
P.O. Box 7442
New York, NY 10150

Leo Fox, Esq.
630 Third Avenue
New York, NY 10017

Chana Taub
P.O. Box 667
Brooklyn, New York 11219

David Bellon, Esq.
157-51 26th Avenue
Flushing, NY 11354

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021

Ronald Friedman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

# CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: dcarter-e              Page 1 of 1                  Date Rcvd: Oct 04, 2010
Case: 10-49215                 Form ID: pdf000              Total Noticed: 6


The following entities were noticed by first class mail on Oct 06, 2010.
db           +Simon Taub,    4819 14th Ave.,    Brooklyn, NY 11219-3166
           ++++CHANA TAUB,    PO BOX 190667,    BROOKLYN NY 11219-0667
              (address filed with court:  Chana Taub,    PO Box 667,   Brooklyn, NY  11219)
             +David Bellon, Esq,    157-51 26th Avenue,    Flushing, NY 11354-1519
ptcrd        +Katalin Pota,    P.O. Box 7442,    New York, NY 10150-7442
             +Lori Lapin Jones,    Lori Lapin Jones PLLC,    98 Cutter Mill Rd,   Suite 201 North,
               Great Neck, NY 11021-3010
             +Ronald Friedman, Esq,    Silverman Acampora LLP,    100 Jericho Quadrangle,   Suite 300,
               Jericho, NY 11753-2702
The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                           **Signature:**  *Joseph Speetjens*