UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

    SIMON TAUB,                                                   Chapter 7

              Debtor.                                   Case No. 10-49215-ess

---------------------------------------------------------------x

## ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion for relief from the automatic stay filed on October 5, 2010 (the "Lift Stay Motion"), by Simon Taub (the "Debtor") in which he seeks an order pursuant to 11 U.S.C. § 362(d)(1) terminating and annulling the automatic stay to allow him and Chana Taub to proceed with the matrimonial action pending in the New York State Supreme Court, County of Kings (the "Second Divorce Action"); and the matter having been heard by this Court on October 7, 2010, at which counsel for the Debtor, Katalin Pota, the petitioning creditor, *pro se*, Chana Taub, *pro se*, Soya Radin, *pro se,* and counsel for Lori Lapin Jones, Chapter 11 Trustee for the estate of Chana Taub, appeared and were heard; and after consideration of the entire record, including the arguments and statements of counsel and of the parties; and for the reasons stated in the Court's Memorandum Decision on Motion for Relief from the Automatic Stay dated October 8, 2010; it is hereby

ORDERED, that the automatic stay is annulled pursuant to 11 U.S.C. § 362(d)(1), retroactive to September 29, 2010, to allow Mr. Taub to proceed in the Second Divorce Action to conclusion and the entry of judgment, with enforcement to take place in this Court; and it is further

ORDERED, that the relief granted in this Order is effective immediately, and the 14-day

stay pursuant to Bankruptcy Rule 4001(a)(3) is not in effect and is waived; and it is further

ORDERED, that this Court retains jurisdiction to enforce any judgments within the context of this bankruptcy case.



**Dated: Brooklyn, New York**
**October 8, 2010**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Leo Fox, Esq.
630 Third Avenue
New York, NY 10017

Katalin Pota
P.O. Box 7442
New York, NY 10150

Chana Taub
P.O. Box 667
Brooklyn, New York 11219

Christine Quigley, Esq.
Silverman Acompora LLP
Attorneys for Lori Lapin Jones, Chapter 11 Trustee
100 Jericho Quadrangle
Jericho, N.Y. 11753